[Nos. 21091–2–I; 21093–9–I.   Division One.   January 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HORACE
LORENZO ANDERSON, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 87–8–01196–0, Maurice M. Epstein, J. Pro
Tem., entered September 3, 1987. *Affirmed* by unpublished
opinion per Scholfield, J., concurred in by Winsor, J., and
Williams, J. Pro Tem.

[No. 21719–4–I.   Division One.   January 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87–1–00523–7, John F. Wilson, J.,
entered February 5, 1988. *Affirmed* by unpublished per
curiam opinion.

[No. 20885–3–I.   Division One.   January 17, 1989.]

HENRY H. KETCHAM, JR., ET AL, *Appellants,* v. AID
ASSOCIATION FOR LUTHERANS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–21269–8, Sharon S. Armstrong, J.,
entered July 28, 1987. *Affirmed* by unpublished opinion per
Schumacher, J. Pro Tem., concurred in by Webster, J., and
Williams, J. Pro Tem.